[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 245.]

THE STATE OF OHIO, APPELLANT, *v.* COLEY, APPELLEE.

[Cite as *State v. Coley*, 1999-Ohio-49.]

*Court of appeals' judgment affirmed on authority of State v. Conyers.*

(No. 99-131—Submitted November 3, 1999—Decided December 1, 1999.)

APPEAL from the Court of Appeals for Lucas County, No. L-98-1109.

_____

*Julia R. Bates*, Lucas County Prosecuting Attorney, and *Eric A. Baum*, Assistant Prosecuting Attorney, for appellant.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Conyers* (1999), 87 Ohio St.3d 246, 719 N.E.2d 535.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____